CUSTODY, Interpreter:Spanish, NRESTRAINT,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:25−mj−00115−1

Case title: USA v. Amaya                                                         Date Filed: 04/28/2025

Other court case number:   25−CR−879 KG District of New Mexico

Assigned to: Unassigned

**Defendant (1)**

**Heriberto Salazar Amaya**  represented by  **Mark Patrick Ahlemeyer**
*also known as*                              Federal Public Defender For The District Of
HSA                                          Oregon
*also known as*                              101 SW Main Street
El Paisa                                     Ste 1700
*also known as*                              Portland, OR 97204
Viejo                                        503−326−2123
*also known as*                              Fax: 503−326−5524
Heriberto Salazar−Torres                     Email: mark_ahlemeyer@fd.org
*also known as*                              *LEAD ATTORNEY*
Gabriel Gomez−Torres                         *ATTORNEY TO BE NOTICED*
*also known as*                              *Designation: Public Defender or Community*
Pedro Gomez−Diaz                             *Defender Appointment*

**Pending Counts**                           **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

21:846 Conspiracy; 8:1326(a) and
(b) Reentry of a Removed Alien;
8:1324a(a)(1)(A) Unlawful

Employment of Illegal Alien; and
8:1324a(a)(1)(A)(v)(I) Conspiracy
to Harbor Illegal Aliens

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Julia E. Jarrett** <br> U.S. Attorney's Office <br> 1000 SW Third Ave, Suite 600 <br> Portland, OR 97204 <br> 503−727−1156 <br> Fax: 503−727−1117 <br> Email: julia.jarrett@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2025 | 4 | Waiver of Rule 5 & 5.1 Hearings by Heriberto Salazar Amaya (sb) (Entered: 04/29/2025) |
| 04/28/2025 | 3 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings held before Magistrate Judge Stacie F. Beckerman as to Heriberto Salazar Amaya on 4/28/2025. **ORDER** appointing counsel for Heriberto Salazar Amaya: Mark Ahlemeyer for proceedings in the District of Oregon. Defendant advised of rights, waived reading of the charges, and proceeds as named. Defendant waived an identity hearing, production of the judgment, warrant, and warrant application, and a detention hearing in the District of Oregon. The Court accepts the waiver and finds it knowing and voluntary. (Formal waiver to follow.) Defendant committed to the District of New Mexico and is to be transported to that district in the custody of the U.S. Marshals Service. (Formal commitment order to follow.) Other Court Information: District of New Mexico case No. 1:25−CR−00879−JB, USA v. Heriberto Salazar Amaya. Counsel Present for the Government: Peter D. Sax. Counsel Present for Defendant: Mark Ahlemeyer. Restraint Order: NR. (Court Reporter Ryan White) (Interpreter for Defendant Present: Steven Muzik) (Spanish) (Oath on file with the court.) (gw) (Entered: 04/28/2025) |
| 04/28/2025 | 2 | **(DOCUMENT FILED UNDER SEAL)** Arrest Warrant Received From Other Court as to Heriberto Salazar Amaya from District of New Mexico Case No: 25−CR−879 KG (Attachments: # 1 Attachment USMS Intake Form) (sb) (Entered: 04/28/2025) |
| 04/28/2025 | 1 | Documents Received From Other Court as to Heriberto Salazar Amaya from District of New Mexico Case No: 25−CR−879 KG (sb) (Entered: 04/28/2025) |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Heriberto Salazar Amaya<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:25-mj-115<br><br>Charging District's Case No. 25-cr-879 KG |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of New Mexico    .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 04/28/2025

*Defendant's signature*

*Signature of defendant's attorney*

Mark Ahlemeyer
*Printed name of defendant's attorney*

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Mark Patrick Ahlemeyer (catalina_barboza@fd.org,
mark_ahlemeyer@fd.org, orx_docketing@fd.org), Julia E. Jarrett (caseview.ecf@usdoj.gov,
dawn.susuico@usdoj.gov, julia.jarrett@usdoj.gov, mari.mcdonald@usdoj.gov,
melissa.stewart@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:8926318@ord.uscourts.gov
Subject:Activity in Case 3:25-mj-00115 USA v. Amaya Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 4/28/2025 at 9:18 PM PDT and filed on 4/28/2025

**Case Name:** USA v. Amaya
**Case Number:** 3:25-mj-00115
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings held before Magistrate Judge Stacie F. Beckerman as to Heriberto Salazar Amaya on 4/28/2025. **ORDER** appointing counsel for Heriberto Salazar Amaya: Mark Ahlemeyer for proceedings in the District of Oregon. Defendant advised of rights, waived reading of the charges, and proceeds as named. Defendant waived an identity hearing, production of the judgment, warrant, and warrant application, and a detention hearing in the District of Oregon. The Court accepts the waiver and finds it knowing and voluntary. (Formal waiver to follow.) Defendant committed to the District of New Mexico and is to be transported to that district in the custody of the U.S. Marshals Service. (Formal commitment order to follow.) Other Court Information: District of New Mexico case No. 1:25-CR-00879-JB, USA v. Heriberto Salazar Amaya. Counsel Present for the Government: Peter D. Sax. Counsel Present for Defendant: Mark Ahlemeyer. Restraint Order: NR. (Court Reporter Ryan White) (Interpreter for Defendant Present: Steven Muzik) (Spanish) (Oath on file with the court.) (gw)

**3:25-mj-00115-1 Notice has been electronically mailed to:**

Mark Patrick Ahlemeyer    mark_ahlemeyer@fd.org, catalina_barboza@fd.org, orx_docketing@fd.org

Julia E. Jarrett    julia.jarrett@usdoj.gov, CaseView.ECF@usdoj.gov, dawn.susuico@usdoj.gov, mari.mcdonald@usdoj.gov, melissa.stewart@usdoj.gov

**3:25-mj-00115-1 Notice will not be electronically mailed to:**